IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| WILLIE LEGRANDE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:05CV00376 |
| ALUMINUM COMPANY OF AMERICA, | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons stated in a Memorandum Order filed contemporaneously, summary judgment is GRANTED and Mr. Willie Legrande's claim is DISMISSED.

This the day of May 16, 2007

    /s/ N. Carlton Tilley, Jr.
    United States District Judge